IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LORYN SPEIGHT and PATRICK SPEIGHT, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:22-CV-688-RP |
| TOLTECA ENTERPRISES, INC. and TRAVELERS CASULATY & SURETY COMPANY OF AMERICA, | § § § § § | |
| Defendants. | § § | |

## ORDER

The Court previously scheduled an initial pretrial conference for October 5, 2022. (Dkt. 16). In light of both parties' consent to trial before Magistrate Judge Dustin Howell, **IT IS ORDERED** that the hearing set for October 5, 2022 is **CANCELED**.

**SIGNED** on September 29, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1