IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LORYN SPEIGHT & <br><br> PATRICK SPEIGHT, <br>     *Plaintiffs* <br><br> v. <br><br> TOLTECA ENTERPRISES, INC. & <br><br> TRAVELERS CASUALTY AND <br> SURETY CO. OF AMERICA <br>     *Defendants.* | CASE NUMBER: 1:22-cv-688-DH |

**JOINT MOTION FOR ENTRY OF A CONFIDENTIALITY
AND PROTECTIVE ORDER**

The Parties jointly move for entry of a confidentiality and protective order. The proposed protective order is Appendix H-1 from the Local Rules.

The Parties anticipate that discovery will result in the disclosure of confidential or sensitive information.

The Parties respectfully request the Court enter the proposed confidentiality and protective order.

    Respectfully Submitted,

By: /s/ Tyler Hickle
Plaintiffs' Attorney
Tyler Hickle, SBN 24069916
**Law Office of Tyler Hickle, PLLC**
4005C Banister Lane, Ste. 120
Austin, TX 78704
Tel: (512) 289-3831 Fax: (512) 870-9505
tyler@hicklepllc.com

By: /s/ Tom Clarke
Tom Clarke

Defendants' Attorney<br>
State Bar No: 04318600<br>
5802 IH 10 West<br>
San Antonio, TX 78201<br>
210/733-6235<br>
210/733-0324 fax<br>
Tomatty52@gmail.com

Certificate of Service

    I, Tyler Hickle, certify that a true and correct copy of the foregoing was served on Defendants via the electronic filing manager on October 10, 2022.