## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **LORYN SPEIGHT, PATRICK SPEIGHT,** | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | **No. 1:22-CV-00688-DH** |
| **v.** | § | |
| | § | |
| **TOLTECA ENTERPRISES, INC.,** | § | |
| **TRAVELERS CASUALTY &** | § | |
| **SURETY COMPANY OF** | § | |
| **AMERICA,** | § | |
| *Defendants* | § | |

## ORDER

Before the Court is Defendants' Motion to Quash, for Protective Order and Objections to Plaintiffs' Subpoena to Produce, Dkt. 36, along with all associated briefing and exhibits. The Court set the motion for a hearing, Dkt. 39, and heard the motion today, February 10, 2023. After considering the arguments of counsel, all associated briefing and exhibits, and the applicable legal authority, the Court has determined that the motion should be granted but that the requested sanctions should be denied.

Accordingly, for the reasons stated on the record, the Court **GRANTS** Defendants' motion, Dkt. 36. The Court **ORDERS** that the subpoena to the Better Business Bureau that is the subject of the motion be **QUASHED** and that Defendants' request for a protective order is also **GRANTED**. Finally, the Court **DENIES** Defendants' request for discovery sanctions in connection with the motion.

SIGNED February 10, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE